1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   CORNEL JACKSON,                    No.  1:19-cv-01591-NONE-EPG (PC)

12              Plaintiff,

13        v.                             ORDER ADOPTING FINDINGS AND
                                         RECOMMENDATIONS
14   JASON QUICK, et al.,
                                         (Doc. Nos. 25 & 26)
15              Defendants.

16

17        Plaintiff, Cornel Jackson ("plaintiff"), proceeding *pro se* and *in forma pauperis*, filed the

18   complaint initiating this action on November 7, 2019 (Doc. No. 1.) The matter was referred to a

19   United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On September 30, 2020, Magistrate Judge Erica P. Grosjean entered findings and

21   recommendations, recommending that "[t]his case proceed on Plaintiff's claims against"

22   "Defendants Jason Quick, Elizabeth Alvarez, A. Rossette, Lt. Followell, Lisette Lopez, Dominic

23   Ramos, Kasandra Sanchez, Hermina Marley, and C. Purdente for violating Plaintiff's First and

24   Sixth Amendment rights with respect to Plaintiff's legal correspondence and for conspiracies to

25   violate such rights," "Defendant Elizabeth Alvarez for violating Plaintiff's right of access to the

26   courts," and "[a]ll other claims in Plaintiff's Second Amended Complaint be dismissed, with

27   prejudice." (Doc. No. 26 at 13).

28   ///

                                              1

Plaintiff was provided an opportunity to file objections to the findings and recommendations.  On October 16, 2020, plaintiff filed a statement that, while labeled as "objections," clearly indicated that plaintiff did not object to the findings and recommendations. (Doc. No. 27).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on September 30, 2020 (Doc. No. 26), are ADOPTED IN FULL;

2. This case shall proceed on plaintiff's claims against:

    a. Defendants Jason Quick, Elizabeth Alvarez, A. Rossette, Lt. Followell, Lisette Lopez, Dominic Ramos, Kasandra Sanchez, Hermina Marley, and C. Purdente for violating plaintiff's First and Sixth Amendment rights with respect to plaintiff's legal correspondence and for conspiracies to violate such rights; and

    b. Defendant Elizabeth Alvarez for violating plaintiff's right of access to the courts;

3. All other claims in plaintiff's Second Amended Complaint be dismissed, with prejudice; and

4. This case be referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **October 21, 2020**                    _____

UNITED STATES DISTRICT JUDGE