UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON QUICK, et al.,<br><br>    Defendants. | No. 1:19-cv-01591-NONE-EPG (PC)<br><br>ORDER AMENDING ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS<br><br>(ECF No. 31)<br><br>ORDER GRANTING MOTION REQUESTING COURT ASSISTANCE<br><br>(ECF No. 32)<br><br>ORDER DIRECTING CLERK OF COURT TO PROVIDE ADDITIONAL PHOTOCOPIES UPON RECEIPT OF SERVICE DOCUMENTS |

On October 22, 2020, the Court ordered Plaintiff to submit service documents to serve nine defendants. (ECF No. 31). In its order, the Court required Plaintiff to "submit the completed Notice to the Court with the following documents: . . . Ten (10) copies of the endorsed second amended complaint filed on August 10, 2020[.]" (*Id.* at 2).

On October 30, 2020, Plaintiff Cornel Jackson ("Plaintiff") filed a document requesting court assistance, which the Court construes as a motion. (ECF No. 32). In the document, Plaintiff states he is unable to make the photocopies he needs to complete and return the service documents the Court sent him. Plaintiff states that he "ha[s] been denied photocopies"—

1

presumably by staff at Madera County Jail, where Plaintiff is detained—and that he "do[es] not have the funds to pay for the needed services." (*Id.*). Although Plaintiff does not specify what photocopies he needs, the Court presumes he requires photocopies of his complaint.

The Court is willing to make a one-time accommodation to Plaintiff concerning copies of his complaint. The Court will not require Plaintiff to make the photocopies; rather, the Court will instruct the Clerk of Court to make the photocopies for Plaintiff. However, in the future, Plaintiff is responsible for his own copying.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Judicial Assistance is GRANTED;
2. The Court's October 22, 2020 order is AMENDED by replacing "Ten (10) copies of the endorsed second amended complaint" with "One (1) copy of the endorsed second amended complaint"; and
3. Upon receipt of Plaintiff's completed service package, the Clerk of Court is respectfully directed to make nine additional photocopies of the second amended complaint filed on August 10, 2020 and provide such copies to the United States Marshals Service for service.

IT IS SO ORDERED.

Dated:   **November 2, 2020**             /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE

2