UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>JASON QUICK, et al.,<br><br>    Defendants. | No. 1:19-cv-01591-NONE-EPG (PC)<br><br>ORDER CONCERNING OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |

    On February 22, 2021, the Court entered findings and recommendations, (ECF No. 53), recommending that Plaintiff's motion for a preliminary injunction (ECF No. 33) be denied as moot. On March 4, 2021, Plaintiff filed timely objections to those findings and recommendations. (ECF No. 54).

    In its findings and recommendations, the Court found that Plaintiff's motion for a preliminary injunction, which would have required Defendants to provide him with free copying services, was moot because he now possessed sufficient money to pay for the copying himself. This finding was based on Defendants' filing a declaration concerning Plaintiff's inmate trust account. (*Id.* at 3-4).

    In his objections to the findings and recommendations, Plaintiff argues that his claim is not moot and that he is indigent again: "Plaintiff claims with respect to his inmate account, but he is again indigent and cannot afford and thus cannot obtain the legal services he says he needs

under the rules of the institution." (*Id.* at 7).

Accordingly, IT IS HEREBY ORDERED that within fourteen days, Defendants shall file a statement concerning whether adequate funds remain in Plaintiff's account and if so, documentation supporting their statement.

IT IS SO ORDERED.

Dated:  **March 8, 2021**                         /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE