UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON QUICK, *et al.*,<br><br>　　　　　Defendants. | No. 1:19-cv-01591-NONE-EPG-(PC)<br><br>ORDER PERMITTING PLAINTIFF TO FILE ADDITIONAL BRIEFING |

　　　　Plaintiff Cornel Jackson ("Plaintiff"), a pretrial detainee proceeding *pro se* and *in forma pauperis*, filed a motion for a preliminary injunction and temporary restraining order on November 2, 2020, seeking an order to require Defendants to provide him with free copying and other legal services for his pending cases. (ECF No. 33). On February 22, 2021, the Court entered findings and recommendations, recommending Plaintiff's motion be denied as moot, after Defendants provided information showing that Plaintiff had received sufficient funds in his inmate trust account to pay for copying and other legal services. (ECF No. 53).

　　　　On March 4, 2021, Plaintiff filed objections to the findings and recommendations, stating that he was again indigent. (ECF No. 54). In light of those objections, the Court ordered Defendants to file additional information concerning the balance of Plaintiff's inmate trust account. (ECF No. 55). Defendants filed such information on March 22, 2021. (ECF Nos. 59-61). Defendants filed a declaration of a staff member at Plaintiff's institution of confinement, which

argues that Plaintiff intentionally emptied his account soon after they filed their opposition to Plaintiff's motion. (ECF No. 60 at 2) ( "As set forth below, my investigation has led me to the conclusion that the reason that funds do not currently exist in Plaintiff's inmate account is that he intentionally had funds removed for the purposes of this litigation."). Defendants also argue that Plaintiff has not sought copies since February 2, 2021. (ECF No. 60 at 2). The Court will give Plaintiff an opportunity to respond to Defendants' declaration and arguments.

Accordingly, IT IS HEREBY ORDERED that within 21 days of the date of service of this order, Plaintiff may file additional arguments or information in response to Defendants' March 22, 2021 filings.

IT IS SO ORDERED.

Dated:  **March 22, 2021**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE