UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON QUICK, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01591-NONE-EPG<br><br>ORDER GRANTING MOTION FOR LEAVE TO DEPOSE PLAINTIFF<br><br>(ECF No. 93) |

Plaintiff Cornel Jackson is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Before the Court is Defendants' notice of motion and motion for leave to depose Plaintiff. (ECF No. 93). As grounds, Defendants state as follows:

> The instant motion is brought pursuant to Federal Rules of Civil Procedure rules 30 and 26, subdivisions (b)(1) through (b)(2), because Plaintiff is an incarcerated party proceeding in this litigation in propria persona. Leave of court to depose Plaintiff should be granted because of the nature and extent of his civil rights conspiracy claims, plus the fact that no previous discovery other than document requests has been conducted by Defendants.

(*Id.* at 2).

The Court will grant leave to depose Plaintiff but notes that it was unnecessary for Defendants to file a motion seeking leave to depose Plaintiff. While Federal Rule of Civil Procedure 30(a)(2)(B) requires leave to depose a person "confined in prison," the Court's June 2, 2021 scheduling order already granted Defendants leave to "depose any witness confined in a

1

prison on the condition that, at least fourteen (14) days before such a deposition, Defendant(s) serve all parties with the notice required by Federal Rule of Civil Procedure 30(b)(1)." (ECF No. 76, p. 2).

     Accordingly, IT IS ORDERED that Defendants' motion for leave to depose Plaintiff (ECF No. 93) is granted.

IT IS SO ORDERED.

Dated:  **November 23, 2021**          /s/ *Erica P. Grosjean*
                                                   UNITED STATES MAGISTRATE JUDGE