UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>        Plaintiff,<br><br>   v.<br><br>JASON QUICK, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01591-JLT-EPG (PC)<br><br>ORDER REQUIRING RESPONSE TO OBJECTIONS<br><br>(ECF No. 100) |

     Plaintiff Cornel Jackson is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 28, 2022, Plaintiff filed objections to this Court's findings and recommendations to deny his motion for preliminary injunction. (ECF No. 100). In those objections, Plaintiff states, among other things, that he was denied the opportunity to file a reply concerning his motion for preliminary injunction because he "was denied postage 3 times, which caused him to miss the deadline which constitutes an actual injury." (*Id.* at 2).

\\\

\\\

\\\

\\\

\\\

Upon review of the objections, IT IS ORDERED that Defendants shall file no later than February 11, 2022, a response to the objections, including therein a response to Plaintiff's allegations that he was denied postage to file a reply brief in this case.

IT IS SO ORDERED.

Dated:   **January 31, 2022**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE