1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

| | |
|---|---|
| CORNEL JACKSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>JASON QUICK, et al.,<br><br>                    Defendants. | Case No. 1:19-cv-01591-JLT-EPG (PC)<br><br>ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 76, 104) |

17    Plaintiff Cornel Jackson is a pretrial detainee proceeding *pro se* and *in forma pauperis* in

18 this civil rights action pursuant to 42 U.S.C. § 1983. The scheduling order currently provides a

19 dispositive-motion deadline of March 7, 2022. (ECF No. 76). On March 1, 2022, Defendants filed

20 a motion to modify the scheduling order to extend the dispositive-motion deadline by thirty days.

21 As grounds, Defendants state that there has been a delay in receiving Plaintiff's deposition

22 transcript, which will not allow them to file a dispositive motion by the current deadline.

23    Finding good cause, IT IS ORDERED that the motion to modify the scheduling order

24 (ECF No. 104) is granted. The dispositive motion deadline is extended to April 7, 2022.

25 \\\

26 \\\

27 \\\

28 \\\

1

1        All unmodified provisions of the scheduling order (ECF No. 76) remain in effect.

2

3    IT IS SO ORDERED.

4        Dated:    **March 2, 2022**                    /s/ _Erin P. Groi_
                                          UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28