UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>            Plaintiff,<br><br>      v.<br><br>JASON QUICK, et al.,<br><br>            Defendants. | Case No.: 1:19-cv-1591 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Docs. 90, 99) |

Plaintiff filed a motion for preliminary injunction concerning the denial of his request for legal correspondence materials and alleging his "newly appointed criminal defense counsel" has interfered with Plaintiff's access to courts. (Doc. 90.) The assigned magistrate judge found Plaintiff failed to demonstrate that he suffered an actual injury and failed to establish that he was likely to succeed on the merits. (Doc. 99.) Therefore, the magistrate judge recommended the motion be denied on January 7, 2022. (*Id.* at 10.)

In his objections, to the findings and recommendations, Plaintiff argued that he was denied postage three times to file a reply in support of his motion.[1] (Doc. 100 at 2.) Notably, there is no evidence that the individual defendants were involved in Plaintiff's alleged denial of access to the Court. Furthermore, as discussed by the magistrate judge, the jail has a policy for indigent inmates

---

[1] Defendants filed a response to the objections. (Doc. 103.)

1

regarding legal supplies. There is no evidence that Plaintiff followed the procedure for requesting free postage or that officials at the jail failed to follow the procedures. Moreover, the Court received numerous documents from Plaintiff in this action, including briefing related to his motion for a preliminary injunction, which undermines Plaintiff's assertion that his access to the Court is impaired. The Court is unable to find the extraordinary circumstances to grant a preliminary injunction are present in this action.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a *de novo* review of the case. Having carefully reviewed the matter, including Plaintiff's objections and Defendants' response, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations dated January 7, 2022 (Doc. 99) are **ADOPTED IN FULL**; and
2. Plaintiff's motion for preliminary injunction (Doc. 90) is **DENIED**.

IT IS SO ORDERED.

Dated:   **March 23, 2022**

UNITED STATES DISTRICT JUDGE