Case 1:19-cv-01591-JLT-EPG    Document 116    Filed 06/06/22    Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>   Plaintiff,<br><br> v.<br><br>JASON QUICK, et al.,<br><br>   Defendants. | Case No.: 1:19-cv-01591-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANT KASANDRA SANCHEZ WITHOUT PREJUDICE FOR FAILURE TO COMPLETE SERVICE<br><br>(Doc. 114) |

  Cornel Jackson is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On May 11, 2022, the assigned magistrate judge found Plaintiff failed to complete service upon defendant Kasandra Sanchez as required under Federal Rule of Civil Procedure 4(m). (Doc. 114 at 3.) Therefore, the magistrate judge recommended Sanchez be dismissed as a defendant. (*Id.*)

  The Court provided the parties 14 days to file any objections to the Findings and Recommendations. (Doc. 114 at 3.) The Court advised the parties that "failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) No objections were filed, and the deadline to do so has now passed.

  According to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the

1

Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 11, 2022 (Doc. 114), are adopted in full.
2. Defendant Kasandra Sanchez is dismissed as a defendant, without prejudice.
3. The Clerk of Court is directed to update the docket and terminate Kasandra Sanchez as a defendant.

IT IS SO ORDERED.

Dated: **June 3, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE