1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   CORNEL JACKSON,                      Case No. 1:19-cv-01591-JLT-EPG (PC)

10              Plaintiff,               ORDER REQUIRING DEFENDANTS TO
                                         PROVIDE *RAND* NOTICE AND COPY OF
11        v.                             LOCAL RULE 260; PERMITTING
                                         PLAINTIFF TO FILE AMENDED
12  JASON QUICK, et al.,                 OPPOSITION BRIEF

13              Defendants.              (ECF No. 108)

14

15

16        Plaintiff Cornel Jackson is a pretrial detainee proceeding *pro se* and *in forma pauperis* in

17  this civil rights action pursuant to 42 U.S.C. § 1983. Defendants have moved for summary

18  judgment, which Plaintiff opposes, offering his declaration as support. (*See* ECF No. 108, 115,

    117).

19

20        Upon review of Defendants' motion for summary judgment, it appears that Defendants

21  have not, as required by the scheduling order, "simultaneously provide[d] Plaintiff with the notice

22  and warning required by *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998)," which provides

23  important information regarding what a plaintiff must do to properly oppose a motion for

24  summary judgment. (ECF No. 76, p. 6). Accordingly, the Court will require Defendants to

25  provide the *Rand* notice and a copy of Local Rule 260, which addresses requirements for

26  opposing a motion for summary judgment. Thereafter, the Court will permit Plaintiff to file a

27  supplement to his opposition brief and accompanying evidence if he so chooses. And if Plaintiff

28  files a supplement, Defendants will be permitted to file a reply.

1

1  Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

2  1. By no later than July 19, 2022, Defendants shall file on the docket and serve

3 Plaintiff with the notice and warning required by *Rand v. Rowland*, 154 F.3d 952 (9th Cir.

4 1998)," along with a copy of Local Rule 260.[1]

5  2. Within twenty-one (21 days) of service of the *Rand* notice and copy of Local Rule

6 260, Plaintiff may, but is not required, to file a supplement to his opposition brief, along with any

7 supporting evidence, such as a declaration.

8  3. If Plaintiff files a supplement, Defendants shall have seven (7 days) from its filing

9 to file any reply.

10
11 IT IS SO ORDERED.

12 Dated: **July 12, 2022**   /s/ *Erica P. Grosjean*

13       UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that none of the documents attached to the motion for summary judgment contain the *Rand* notice. If Defendants provided the *Rand* notice to Plaintiff without filing it of record, they should submit a filing verifying when and by what means the *Rand* notice was provided, along with a copy of the document provided to Plaintiff.