UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JASON QUICK, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01591-JLT-EPG (PC)<br><br>ORDER REQUIRING SETTLEMENT CONFERENCE |

　　　　Plaintiff Cornel Jackson is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. With the District Judge's adoption of this Court's October 13, 2022 findings and recommendations, this action now proceeds on Plaintiff's claims that Defendants Jason Quick, Elizabeth Alvarez, A. Rossette, Lt. Followill, Lisette Lopez, Dominic Ramos, Hermina Marley, and Carmela Prudente violated his First and Sixth Amendment rights regarding his legal mail. (ECF No. 131). Given that these claims have survived the summary-judgment stage, the Court will require the parties to participate in a further settlement conference.

　　　　Accordingly, IT IS ORDERED that by no later than January 25, 2023, counsel for Defendants shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a further settlement conference.

　　　　\\\

1

1       Thereafter the Court will issue an order setting a settlement conference.

3 IT IS SO ORDERED.

4    Dated: **January 4, 2023**              /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE