UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JASON QUICK, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01591-JLT-EPG (PC)<br><br>ORDER GRANTING, IN PART, MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 138). |

　　　　Plaintiff Cornel Jackson is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims that Defendants Jason Quick, Elizabeth Alvarez, A. Rossette, Lt. Followill, Lisette Lopez, Dominic Ramos, Hermina Marley, and Carmela Prudente violated his First and Sixth Amendment rights regarding his legal mail. (ECF No. 131).

　　　　This matter is before the Court on Defendants' motion to modify the scheduling order. (ECF No. 138). As grounds, Defendants state that defense counsel has a state civil trial scheduled for October 9, 2023, and if the September 26, 2023 trial proceeds in the instant case, counsel's preparation for the state court trial "would be severely compromised." Defendants ask that "the Scheduling Order be modified to continue the trial until early-2024, and that the other dates in the Scheduling Order be adjusted based on this continuance."

The Court concludes that Defendants have provided sufficient grounds to vacate the trial in this case but have not provided sufficient grounds to modify the other deadlines. Accordingly, IT IS ORDERED as follows:

1. Defendants' motion to modify the scheduling order (ECF No. 138) is granted in part.
2. The trial set for September 26, 2023 is vacated. (ECF No. 137).
3. However, all other deadlines in the Court's March 24, 2023 scheduling order remain in place.
4. At the July 24, 2023 pretrial conference, the assigned District Judge will set a firm trial date.

IT IS SO ORDERED.

Dated:  **March 31, 2023**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE