1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CORNEL JACKSON,

                                    Plaintiff,

              v.

JASON QUICK, et al.,

                                    Defendants.

Case No. 1:19-cv-01591-JLT-EPG (PC)

ORDER DIRECTING CLERK OF COURT TO SERVE A COPY OF THIS ORDER AND PLAINTIFF'S MOTION FOR THE ATTENDANCE OF AN INCARCERATED WITNESS ON CDCR OFFICIALS, PERMITTING CDCR TO FILE A RESPONSE

(ECF No. 143).

       Plaintiff Cornel Jackson is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims that Defendants Jason Quick, Elizabeth Alvarez, A. Rossette, Lt. Followill, Lisette Lopez, Dominic Ramos, Hermina Marley, and Carmela Prudente violated his First and Sixth Amendment rights regarding his legal mail. (ECF No. 131).

       This matter has a pretrial conference scheduled before the assigned District Judge on July 24, 2023, during which the District Judge will set a trial date. (ECF No. 139). In preparation for the trial, Plaintiff has filed a motion for the attendance of a purportedly necessary witness, Steve Garcia (CDCR # BS2704), a CDCR inmate confined at Ironwood State Prison. (ECF No. 143). The Court is awaiting a response to the motion from the Defendants, which is due by no later than June 23, 2023. (ECF No. 137).

Upon review of the motion, the Court will direct the Clerk of Court to serve a copy on CDCR officials along with this order, and will permit them, or a CDCR representative, to file a response.

Accordingly, IT IS ORDERED as follows:

1. The Clerk of Court is directed to serve a copy of this order and Plaintiff's motion for the attendance of an incarcerated witness (ECF No. 143) on the Warden of Ironwood State Prison and the Litigation Coordinator at Ironwood State Prison.

2. By no later than June 23, 2023, these CDCR officials, or a CDCR representative, may file a response to Plaintiff's motion if they choose to do so.

IT IS SO ORDERED.

Dated:   **May 24, 2023**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE