UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON QUICK, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01591-JLT-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULE<br><br>(ECF No. 147). |

　　　　Plaintiff Cornel Jackson is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims that Defendants Jason Quick, Elizabeth Alvarez, A. Rossette, Lt. Followill, Lisette Lopez, Dominic Ramos, Hermina Marley, and Carmela Prudente violated his First and Sixth Amendment rights regarding his legal mail. (ECF No. 131). The matter is currently set for a pretrial conference on July 24, 2023. (ECF No. 137). The parties' pretrial statements were due by June 9, 2023, but Plaintiff has not yet filed one.

　　　　On June 15, 2023, Plaintiff filed a motion to modify the schedule. (ECF No. 147). Specifically, Plaintiff represents that his defense counsel in his pending criminal case has agreed to represent him in this action but counsel needs time to review the record. He indicates that his attorney will prepare his pretrial statement and represent him at trial. Plaintiff requests at least a 90-day extension of all current deadlines and dates.

1

Based on Plaintiff's representations, IT IS ORDERED as follows:

1. The Court grants Plaintiff's motion to modify the schedule. (ECF No. 147).
2. Plaintiff shall file a pretrial statement by no later than September 7, 2023. Failure to file a pretrial statement by that date may subject this case to dismissal.
3. The Zoom video pretrial conference before District Judge Jennifer L. Thurston is continued to October 23, 2023, at 1:30 p.m. Counsel is directed to contact Courtroom Deputy Irma Munoz (imunoz@caed.uscourts.gov) for the connection information.[1]

IT IS SO ORDERED.

Dated:   **June 16, 2023**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff does not obtain counsel in time to meet these deadlines, he will be required to proceed *pro se,* as he has done to date.