# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON QUICK, ELIZABETH ALVAREZ, ET AL.<br><br>　　　　　Defendants. | OLD CASE: 1:19-CV-01591 JLT EPG (PC)<br><br>NEW CASE: 1:19-CV-01591 EPG (PC)<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge ERICA P. GROSJEAN as Presiding Judge of the above entitled action. The parties have each filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.

## ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

## 1:19-CV-01591 EPG (PC)

IT IS SO ORDERED.

　　Dated:   **February 22, 2024**　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1