UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>                Plaintiff,<br><br>v.<br><br>J. QUICK, et al.,<br><br>                Defendants. | Case No. 1:19-cv-01591-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT CORNEL JACKSON, ID # 112545<br><br>DATE: March 12, 2024<br>TIME: 8:30 a.m. |

      **Cornel Jackson, ID #112545**, a necessary and material party in proceedings in **a jury trial (2-3 day estimate)** beginning on March 12, 2024, is confined at the Madera County Jail, 195 Tozer Street, Madera, California, 93638, in the custody of the Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California, before Magistrate Judge Erica P. Grosjean for **the jury trial beginning on March 12, 2024, at 8:30 a.m.**

      **ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ. The Court may be notified by contacting the Court's Courtroom Deputy, Michelle Means Rooney (mrooney@caed.uscourts.gov).

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Sheriff at the Madera County Jail at (559) 675-7991 or via email.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Sherriff, Madera County Jail, 195 Tozer Street, Madera, California, 93638:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**February 23, 2024**__         /s/ _Erica P. Grosjean_
                                                           UNITED STATES MAGISTRATE JUDGE





2