UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>J. QUICK, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01591-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE STEVE GARCIA, CDCR # BS2704, PLAINTIFF'S WITNESS, VIA VIDEO CONFERENCE<br><br>DATE: March 13, 2024<br>TIME: 9:30 a.m. |

  **Steve Garcia, inmate, CDCR #BS2704**, a necessary and material witness for the Plaintiff in proceedings in this case on March 13, 2024, is confined at **Ironwood State Prison**, P.O. Box 2229, Blythe, California 92226, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear via videoconference from Ironwood State Prison** before Magistrate Judge Erica P. Grosjean on **Wednesday, March 13, 2024, at 9:30 a.m.**

  **ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify **via Zoom video conference from Ironwood State Prison** before the United States District Court at the time above, until completion of court proceedings or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ. The Court may be notified by contacting Michelle Means Rooney, Courtroom Deputy (mrooney@caed.uscourts.gov).

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Ironwood State Prison at (760) 921-4307 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Michelle Means Rooney, Courtroom Deputy (mrooney@caed.uscourts.gov).

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Ironwood State Prison, P. O. Box 2229, Blythe, California 92226:**

1

2

      **WE COMMAND** you to produce the inmate named above to testify **via Zoom video conference from Ironwood State Prison** before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

    Dated:   **February 23, 2024**     /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE





2