**FILED**

MAR 12 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>       Plaintiff,<br><br>   v.<br><br>J. QUICK, *et al.*,<br><br>       Defendants. | Case No. 1:19-cv-01591-EPG (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF CORNEL JACKSON, ID # 112545, FOR TRIAL ON MARCH 13, 2024, AT ~~8:30~~ 9:15 A.M. |

**Plaintiff Cornel Jackson, ID # 112545**, shall be produced to testify, **along with his legal property,** before the United States District Court, at 2500 Tulare Street in Fresno, California at 9:15 ~~8:30~~ a.m. on Wednesday, March 13, 2024, in Courtroom 10 (EPG), and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated:   March 12, 2024

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

1