UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. QUICK, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-01591-EPG (PC)<br><br>NOTICE THAT INMATE STEVE GARCIA, CDCR # BS2704, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 177) |

　　　The jury trial in this matter commenced on March 13, 2024, **and Steve Garcia, CDCR # BS2704,** has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Coordinator at Iron State Prison at (760) 921004307 or via email.
IT IS SO ORDERED.

Dated: __**March 13, 2024**__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1