UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>        Plaintiff,<br><br>   v.<br><br>J. QUICK, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-1591-EPG (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER FINAL JUDGMENT |

     On March 13, 2024, the Court held jury trial proceedings in this case. After the close of Plaintiff's case, and outside the presence of the jury, Defendants moved for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a). For the reasons stated on the record, the Court granted Defendants' motion under Federal Rule of Civil Procedure 50(a). Accordingly, the Clerk of Court is directed to enter final judgment against Plaintiff and in favor of Defendants, and to close this case.

IT IS SO ORDERED.

   Dated:   **March 13, 2024**                 /s/ *Erica P. Grosjean*
                                                                      UNITED STATES MAGISTRATE JUDGE

1