FILED

MAR 13 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>               Plaintiff,<br><br>   v.<br><br>J. QUICK, *et al.*,<br><br>              Defendants. | Case No. 1:19-cv-01591-EPG (PC)<br><br>NOTICE THAT PLAINTIFF CORNEL JACKSON, ID # 112545, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 176) |

      The jury trial in this matter commenced on March 13, 2024, and **Plaintiff Cornel Jackson, ID # 112545,** has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The Clerk of the Court is directed to serve a copy of this order via fax on the Sheriff at the Madera County Jail at (559) 675-7991 or via email.

      IT IS SO ORDERED.

Dated: March 13, 2024

                                             ERICA P. GROSJEAN
                                     UNITED STATES MAGISTRATE JUDGE